■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY M. BATTISTI, on Behalf of JOHN KELLERMAN, Petitioner, v COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS, Respondent. [933 NYS2d 569]—

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Mastro, J.P., Hall, Sgroi and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. JAMES BELL, on Behalf of OKECHUKWU OKORONKWO, Petitioner, v COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents. [933 NYS2d 568]—

The determination of the Supreme Court, Richmond County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Mastro, J.P., Hall, Sgroi and Cohen, JJ., concur.